# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2012

*The Court of Appeals hereby passes the following order:*

## A13D0047.  CHARLES HARPER v. COMMISSIONER OF THE GEORGIA DEPARTMENT OF LABOR, et al.

The Georgia Department of Labor denied Charles Harper's claim for unemployment compensation, and Harper appealed to the superior court.  On June 22, 2012, the superior court entered an order affirming the Department's decision.  On September 11, 2012, Harper filed this application for discretionary review.

A discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Here, Harper filed his application 81 days after entry of the order he seeks to appeal.  We lack jurisdiction to consider an untimely application for discretionary appeal.  See *Hill*, supra. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 10/04/2012
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*